UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| Shawntel Stoutt, | NO.  2:20-CV-01280-WBS-AC |
| Plaintiff, | |
| v. | |
| Travis Credit Union, | |
| Defendant. | |

----oo0oo----

On October 26, 2020, this court held a Status (Pretrial Scheduling) Conference in this matter.  (See Docket No. 13.) Shortly before the Scheduling Conference, defendant filed a Motion for Judgment on the Pleadings on the ground that this court lacks subject matter jurisdiction over plaintiff's claims. (Docket No. 12.)  A hearing on defendant's motion is scheduled for December 14, 2020.

In light of defendant's motion, the parties agreed at the Scheduling Conference that staying discovery until the court

1

has ruled on defendant's motion would be appropriate.

          IT IS THEREFORE ORDERED that discovery in this matter be, and the same hereby is, stayed until the court rules on Defendant's Motion for Judgment on the Pleadings. (Docket No. 12.)

          IT IS FURTHER ORDERED that a Status (Pretrial Scheduling) Conference be scheduled for January 19, 2021 at 1:30 p.m. The parties are directed to file a joint status report with agreed proposed deadlines and a proposed trial date no later than January 5, 2021.

          IT IS SO ORDERED.

Dated: October 27, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE