Russell S. Thompson, IV (Cal. Bar No. 325944)
Thompson Consumer Law Group
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawntel Stoutt, *on behalf of herself and all others similarly situation,*<br><br>Plaintiff,<br><br>   vs.<br><br>Travis Credit Union,<br><br>Defendant. | Case No. 2:20-cv-01280-WBS-AC<br><br>**ORDER APPROVING STIPULATION TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING AND PRE-TRIAL SCHEDULING CONFERENCE** |

The Court, having considered the Parties' stipulation to extend the briefing schedule on Defendant's Motion for Judgment on the Pleadings and continue the December 14, 2020 hearing and the January 11, 2021 conference, hereby APPROVES said stipulation.

The December 14, 2020 hearing on Defendant's motion for summary judgment is continued to January 11, 2021 at 1:30 p.m. The deadline for Plaintiff to respond to Defendant's motion is reset to December 28, 2020. The January 11, 2021 scheduling conference is continued to March 1, 2021 at 1:30 p.m. The deadline for the Parties to submit their joint status-report is reset to February 16, 2021.

1

1    **SO ORDERED.**

2  Dated:   November 30, 2020

3  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE