Russell S. Thompson, IV (Cal. Bar No. 325944)
Thompson Consumer Law Group, P.C.
11445 E Via Linda Ste 2 #492
Scottsdale, AZ 85259
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@thompsonconsumerlaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawntel Stoutt, *on behalf of herself and all others similarly situation,*<br><br>Plaintiff,<br><br>vs.<br><br>Travis Credit Union,<br><br>Defendant. | Case No. 2:20-cv-01280-WBS-AC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss Plaintiff's individual claims in this matter with prejudice, with each party to bear its own costs and attorneys' fees.

The Parties further stipulate and agree to voluntarily dismiss the putative class claims in this matter without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 21, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Russell S. Thompson, IV | /s/ Paul A. Grammatico |
| Russell S. Thompson, IV (Cal. Bar No. 325944) | Paul A. Grammatico |
| Thompson Consumer Law Group, P.C. | Kabat, Chapman & Ozmer LLP |
| 11445 E Via Linda Ste 2 #492 | pgrammatico@kcozlaw.com |
| Scottsdale, AZ 85259 | 333 S. Grand Ave., Ste. 2225 |
| Telephone: (602) 845-5968 | Los Angeles, CA 90071 |
| Facsimile: (866) 317-2674 | Telephone: (213) 493-3988 |
| rthompson@thompsonconsumerlaw.com | Attorney for Defendant |
| Attorneys for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I certify that on September 21, 2021, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

                                              s/ Russell S. Thompson, IV
                                              Russell S. Thompson, IV